**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| UNITED STATE OF AMERICA, ex rel. **UNDER SEAL,**<br><br>Plaintiff,<br><br>v.<br><br>**UNDER SEAL,**<br><br>Defendants. | Case No. ______________________<br><br>**RELATOR'S COMPLAINT PURSUANT TO 31 U.S.C. §§ 3729–3732 (FEDERAL FALSE CLAIMS ACT)**<br><br>**JURY TRIAL DEMANDED**<br><br>**FILED UNDER SEAL AND EX PARTE PURSUANT TO 31 U.S.C. § 3730(b)(2)**<br><br>**DO NOT PLACE IN PACER** |

**RELATOR'S COMPLAINT PURSUANT TO 31 U.S.C. §§ 3729–3732**
**(FEDERAL CIVIL FALSE CLAIMS ACT)**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

UNITED STATE OF AMERICA, ex rel.
DANIEL MORRIS RESEARCH, LLC,

Plaintiff,

v.

FRONTIER SENIOR LIVING, LLC;
FRONTIER MANAGEMENT LLC;
PELICAN POINTE AL MC GR LLC;
SEVEN OAKS ASSISTED LIVING AND MEMORY CARE LLC;
BAY POINTE AL MC GR LLC;
NATOMAS SENIOR COMMUNITIES LLC;
BELLINGHAM AT ORCHARD MC GR LLC;
CEDAR VILLAGE AL MC GR LLC;
CLEARWATER SPRINGS AL GR LLC;
FM OAK HILLS TYLER INVESTORS LLC;
PHEASANT POINTE AL MC GR LLC;
GR LHC LLC;
REDWOOD HEIGHTS AL GR LLC;
BAYSIDE TERRACE AL MC GR LLC;
EDMONDS LANDING AL GR LLC;
OCEAN RIDGE AL GR LLC;
CITRUS HEIGHTS MEMORY CARE LLC;
FM SANTA ROSA INVESTORS LLC;
EL DORADO HILLS MEMORY CARE LLC;
NEWBERG MEMORY ASSOCIATES LLC;
GREEN VALLEY MEMORY PARTNERS LLC;
TIGARD MEMORY ASSOCIATES LLC;
THE TERRACE AT BEVERLY LAKE MC GR LLC;
PRINCETON VILLAGE AL GR LLC;
ORO VALLEY MEMORY ASSOCIATES LLC;
RODERICK FAMILY LLC;
and GREGORY RODERICK,

Defendants.

Case No. ______________________

**RELATOR'S COMPLAINT PURSUANT TO 31 U.S.C. §§ 3729–3732 (FEDERAL FALSE CLAIMS ACT)**

**JURY TRIAL DEMANDED**

**FILED UNDER SEAL AND EX PARTE PURSUANT TO 31 U.S.C. § 3730(b)(2)**

**DO NOT PLACE IN PACER**

**RELATOR'S COMPLAINT PURSUANT TO 31 U.S.C. §§ 3729–3732**
**(FEDERAL CIVIL FALSE CLAIMS ACT)**

## INTRODUCTION

1. Relator Daniel Morris Research, LLC, for itself and on behalf of the United States of America, brings this Complaint against defendants Frontier Senior Living LLC, Frontier Management LLC, Pelican Pointe AL MC GR LLC, Seven Oaks Assisted Living And Memory Care LLC, Bay Pointe AL MC GR LLC, Natomas Senior Communities LLC, Bellingham At Orchard MC GR LLC, Cedar Village AL MC GR LLC, Clearwater Springs AL GR LLC, FM Oak Hills Tyler Investors LLC, Pheasant Pointe AL MC GR LLC, GR LHC LLC, Redwood Heights AL GR LLC, Bayside Terrace AL MC GR LLC, Edmonds Landing AL GR LLC, Ocean Ridge AL GR LLC, Citrus Heights Memory Care LLC, FM Santa Rosa Investors LLC, El Dorado Hills Memory Care LLC, Newberg Memory Associates LLC, Green Valley Memory Partners LLC, Tigard Memory Associates LLC, The Terrace At Beverly Lake MC GR LLC, Princeton Village AL GR LLC, Oro Valley Memory Associates LLC, Roderick Family LLC, and Gregory Roderick for violations of the Federal False Claims Act, 31 U.S.C. §§ 3729-3733.

2. Defendants violated the False Claims Act by certifying that they were eligible to receive Paycheck Protection Program ("PPP") loans. Defendants knew that the certifications were false when they made them.

3. This certification and acts of concealment were material facts that the Small Business Administration ("SBA") relied on when approving the loan and loan forgiveness applications.

4. Defendants are liable for the amount of PPP funds that it received for which they were not eligible and the full amount of loan processing fees paid by the SBA to lenders.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this matter under 31 U.S.C. § 3732, 31 U.S.C. § 3730, and 28 U.S.C. § 1331.

6. This Court has personal jurisdiction over the defendants because they conduct business within this judicial district. 31 U.S.C. § 3732(a).

7. Venue is proper in this Court under 28 U.S.C. § 1391(c) and 31 U.S.C. § 3732 because the defendants maintain an office and conduct business in this judicial district.

8. Relator Daniel Morris Research, LLC ("Relator Morris") is a research and consulting firm run by Daniel Morris ("Mr. Morris"). Relator Morris is the "original source" of this information in that he "has direct and independent knowledge of the information on which the allegations are based." 31 U.S.C. § 3730(e)(4)(B).

9. To the best of Relator Morris's personal knowledge, the allegations or transactions upon which this suit is based have not been publicly disclosed in a criminal, civil, or administrative hearing; in a congressional, administrative, or Government Accounting Office report, hearing, or audit; or by the news media. 31 U.S.C. § 3730(e)(4)(A).

## PARTIES

10. Mr. Morris owns and runs Daniel Morris Research, LLC. He has a doctorate in public health and a master's degree in physics. Relator Morris conducts research and data analysis into a variety of public policy issues.

11. In this context, Relator Morris uses its expertise with data, analytics, and research to identify potential fraudsters, research and identify scattered pieces of the fraud puzzle, and put them together into a complete picture of the alleged fraud.

12. While researching potential PPP fraud in data released by the SBA, Relator Morris came across defendants which had applied for and received PPP loans.

13. Defendants applied for and received PPP loans totaling $7,599,386, all of which, plus interest, was forgiven by the United States.

14. Frontier Senior Living, LLC is organized as an Oregon LLC. Its articles of incorporation identify it as rendering the following service: Management of Assisted Living and Memory Care Communities. Its primary place of business is at 7420 Southwest Bridgeport Road, Portland, OR 97224. Gregory Roderick and Frontier Management LLC are listed as the only Members.

15. Frontier Management LLC is organized as an Oregon LLC. Its business activity is listed as: Senior Community Living. Its primary place of business is at 7420 Southwest Bridgeport Road, Portland, OR 97224. Its only member is Gregory Roderick.

16. Frontier Senior Living, LLC and Frontier Management, LLC own and operate "one of the largest senior housing operators in the United States." They operate in 120 locations across 19 states. They operate these locations through a web of limited liability companies ("LLCs"), typically one for each community.

17. Collectively, this Complaint refers to Frontier and its 100+ senior housing communities as "Frontier." This Complaint will refer collectively to the LLCs that applied for a PPP loan as "Frontier's PPP Applicants."

18. Gregory Roderick operates, manages, and controls Frontier as its President. He is listed as the Governor, Member, or Manager for Frontier's PPP Applicants. His address is 7420 Southwest Bridgeport Road, Portland, OR 97224.

19. Frontier's website (https://frontiermgmt.com/) lists two addresses: a corporate office at 3500 Maple Avenue, Dallas, TX 75219 and a Services Office at 7420 Southwest Bridgeport Road, Portland, OR 97224. Roderick is identified as the President or Managing Partner for Frontier and its Affiliates.

20. Bay Pointe AL MC GR LLC is listed on Frontier's website as Bay Pointe Assisted Living & Marine Courte Memory Care, located at 966 Oyster Bay Ct., Bremerton, WA 98312. Gregory Roderick is listed as Governor on its business registration. It was approved for a loan of $542,572.35 on February 23, 2021. On September 9, 2021, the entire amount of $545,435.93 was forgiven.

21. Bayside Terrace AL MC GR LLC is listed on Frontier's website as Bayside Terrace Assisted Living & Memory Care, located at 192 Norman Ave., Coos Bay, OR 97420. GR LHC LLC is listed as a Member on the business registration. It was approved for a loan of $301,321.67 on February 23, 2021. On September 7, 2021, the entire amount of $302,870.13 was forgiven.

22. Bellingham at Orchard MC GR LLC is listed on Frontier's website as The Bellingham at Orchard, located at 848 West Orchard Dr., Bellingham, WA 98225. Gregory Roderick is listed as the Governor on its business registration. It was approved for a loan of $363,487.40 on February 18, 2021. On September 9, 2021, the entire amount of $365,446.19 was forgiven.

23. Cedar Village AL MC GR LLC is listed on Frontier's website as Cedar Village Assisted Living & Memory Care, located at 4452 Lancaster Dr. NE, Salem, OR 97305. GR LHC LLC is listed as a Member on the business registration. It was approved for a loan of $353,800.87 on February 23, 2021. On December 22, 2021, the entire amount of $356,690.24 was forgiven.

24. Citrus Heights Memory Care LLC is listed on Frontier's website as The Courte at Citrus Heights, located at 6825 Sunrise Blvd, Citrus Heights, CA 95610. Gregory Roderick is

listed as Member on the business registration. It was approved for a loan of $276,737.07 on February 18, 2021. On October 6, 2021, the entire amount of $278,435.93 was forgiven.

25. Clearwater Springs AL GR LLC is listed on Frontier's website as Clearwater Springs Assisted Living, located at 201 NW 78th St., Vancouver, WA 98665. Gregory Roderick is listed as Governor on the business registration. It was approved for a loan of $287,536.12 on February 24, 2021. On September 10, 2021, the entire amount of $289,045.68 was forgiven.

26. Edmonds Landing AL GR LLC is listed on Frontier's website as Edmonds Landing Assisted Living, located at 180 2nd Ave. S, Edmonds, WA 98020. Gregory Roderick and Frontier Management LLC are listed as Managers on the business registration. It was approved for a loan of $319,634.17 on February 24, 2021. On December 22, 2021, the entire amount of $322,235.64 was forgiven.

27. El Dorado Hills Memory Care LLC is listed on Frontier's website as Pavilion at El Dorado Hills, located at 2288 Francisco Dr., El Dorado Hills, CA 95762. Gregory Roderick is listed as Member on the business registration. It was approved for a loan of $287,640 on February 13, 2021. On October 6, 2021, the entire amount of $289,429.76 was forgiven.

28. FM Oak Hills Tyler Investors LLC is listed on Frontier's website as Oak Hills Terrace Memory Care, located at 2651 Elkton Trail, Tyler, TX 75703. Gregory Roderick and Brian Glover are listed as Managers on the business registration. It was approved for a loan of $238,991.20 on February 14, 2021. On September 29, 2021, the entire amount of $240,431.79 was forgiven.

29. FM Santa Rosa Investors LLC is listed on Frontier's website as The Vineyard at Fountaingrove Memory Care, located at 200 Fountaingrove Pkwy, Santa Rosa, CA 95403. Gregory Roderick and Brian Glover are listed as Managers on the business registration. It was

approved for a loan of $332,147.47 on February 14, 2021. On September 29, 2021, the entire amount of $334,149.58 was forgiven.

30. GR LHC LLC is listed on Frontier's website as Grande Ronde Retirement Residence, located at 1809 Gekeler Lane, La Grande, OR 97850. Gregory Roderick is listed as Member on the business registration. It was approved for a loan of $336,380.00 on March 12, 2021. On August 16, 2021, the entire amount of $337,790.93 was forgiven.

31. Green Valley Memory Partners LLC is listed on Frontier's website as Canyon Valley Memory Care Residence, located at 2985 South Camino Del Sol, Green Valley, AZ 85622. Gregory Roderick and Jim Ekberg are listed as Managers on the business registration. It was approved for a loan of $232,166.77 on February 13, 2021. On September 29, 2021, the entire amount of $233,566.22 was forgiven.

32. Natomas Senior Communities LLC is listed on Frontier's website as The Village at Heritage Park, located at 2001 Rose Arbor Dr., Sacramento, CA 95835. Gregory Roderick and Brian Glover are listed as Managers on the business registration. It was approved for a loan of $445,301.17 on February 26, 2021. On September 10, 2021, the entire amount of $447,626.63 was forgiven.

33. Newberg Memory Associates LLC is listed on Frontier's website as Arbor Oaks Terrace Memory Care Residence, located at 317 Werth Blvd, Newberg, OR 97132. Gregory Roderick and Frontier Management LLC are listed as Managers on the business registration. It was approved for a loan of $306,574.65 on February 23, 2021. On September 10, 2021, the entire amount of $308,201.20 was forgiven.

34. Ocean Ridge AL GR LLC is listed on Frontier's website as Ocean Ridge Assisted Living, located at 1855 Ocean Blvd SE, Coos Bay, OR 97420. GR LHC LLC is listed as a

Member on the business registration. It was approved for a loan of $235,753.60 on February 17, 2021. On December 22, 2021, the entire amount of $237,718.21 was forgiven.

35. Oro Valley Memory Associates LLC is listed on Frontier's website as Catalina Springs Memory Care, located at 9685 North Oracle Rd., Oro Valley, AZ 85704. Gregory Roderick and Jim Ekberg are listed as Managers on the business registration. It was approved for a loan of $207,002.30 on March 13, 2021. On September 9, 2021, the entire amount of $207,997.06 was forgiven.

36. Pelican Pointe AL MC GR LLC is listed on Frontier's website as Pelican Pointe Assisted Living, located at 615 Washburn Way, Klamath Falls, OR 97603. GR LHC LLC is listed as a Member on the business registration. It was approved for a loan of $479,887.47 on February 18, 2021. On December 22, 2021, the entire amount of $483,859.87 was forgiven.

37. Pheasant Pointe AL MC GR LLC is listed on Frontier's website as Pheasant Pointe Assisted Living & Memory Care, located at 835 E Main St., Molalla, OR 97038. GR LHC LLC is listed as a Member on the business registration. It was approved for a loan of $310,664.85 on February 17, 2021. On December 22, 2021, the entire amount of $313,253.72 was forgiven.

38. Princeton Village AL GR LLC is listed on Frontier's website as Princeton Village Assisted Living, located at 14370 SE Oregon Trail Dr., Clackamas, OR 97015. GR LHC LLC is listed as a Member on the business registration. It was approved for a loan of $249,312.72 on February 24, 2021. On September 22, 2021, the entire amount of $250,711.64 was forgiven.

39. Redwood Heights AL GR LLC is listed on Frontier's website as Redwood Heights Assisted Living, located at 4050 12th Street Cutoff Southeast, Salem, OR 97302. GR LHC LLC is listed as a Member on the business registration. It was approved for a loan of

$327,758.67 on February 17, 2021. On December 22, 2021, the entire amount of $330,489.99 was forgiven.

40. Roderick Family LLC is registered in Oregon, registry number 7917297. Gregory Roderick is listed as Member on the business registration. It was approved for a loan of $21,260 on February 25, 2021. On August 4, 2021, the entire amount of $21,351.54 was forgiven.

41. Seven Oaks Assisted Living And Memory Care LLC is no longer listed on Frontier's website, but at the time of the PPP loan was operating as The Villages at Seven Oaks, located at 4301 Buena Vista Rd., Bakersfield, CA 93311. Seven Oaks Assisted Living And Memory Care LLC is registered in California, registry number 201336110014. The principal address on the business registration is 7420 Bridgeport Rd., Suite 105, Portland, OK 97224. It was approved for a loan of $474,465.80 on February 13, 2021. On September 29, 2021, the entire amount of $477,325.77 was forgiven.

42. The Terrace at Beverly Lake MC GR LLC is listed on Frontier's website as The Terrace at Beverly Lake A Memory Care Residence, located at 524 75th Street Southeast, Everett, WA 98203. Gregory Roderick is listed as Governor on the business registration. It was approved for a loan of $313,768.95 on February 24, 2021. On September 24, 2021, the entire amount of $315,546.97 was forgiven.

43. Tigard Memory Associates LLC is listed on Frontier's website as Washington Gardens Memory Care, located at 9000 SW 91st Ave., Tigard, OR 97223. Harry Seabold and Frontier Management LLC are listed as Managers on the business registration. It was approved for a loan of $307,942.25 on February 18, 2021. On September 29, 2021, the entire amount of $309,772.80 was forgiven.

44. All of the loans were serviced by U.S. Bank, National Association, 425 Walnut St., Cincinnati OH 45202-3956

45. The United States is a government entity whose involvement includes guaranteeing and forgiving the loan received by defendants through the SBA. Its involvement also includes paying for lenders to process the PPP loans.

## LEGAL AND REGULATORY BACKGROUND

### I. The CARES Act

46. The Coronavirus Aid, Relief, and Economic Security ("CARES") Act was enacted on March 27, 2020, to provide emergency assistance to individuals, families, and businesses affected by the coronavirus pandemic. Section 1102(a)(2) of the CARES Act amended Section 7(a) of the SBA, 15 U.S.C. §§ 631-657u, to establish the PPP. 15 U.S.C. § 636(a)(36). The SBA administers the PPP to provide relief expeditiously to small businesses experiencing economic hardship as a result of coronavirus measures. The SBA guarantees the PPP loans, *see* 15 U.S.C. § 636(a)(2)(F), and eligible borrowers may qualify for forgiveness of up to the full amount of the loan.

47. For its work to process the application and fund the loan, the SBA pays the Lender a processing fee based on the size of the loan funded by the Lender. SBA will pay lenders fees for processing First Draw PPP loans in the following amounts: Five (5) percent for loans of not more than $350,000; Three (3) percent for loans of more than $350,000 and less than $2,000,000; and One (1) percent for loans of at least $2,000,000. 15 U.S.C. § 636(a)(36)(P).

48. To be eligible for loan forgiveness, borrowers must complete SBA Form 3508 or SBA Form 3508EZ to calculate eligible payroll and non-payroll costs.

49. Additionally, borrowers must certify that the information provided in the application and the information provided in all supporting documents and forms are true and correct in all material respects.

**A. The CARES Act prohibits companies with more than 500 employees from receiving a PPP loan in most instances.**

50. The PPP section of the CARES Act expanded eligibility for SBA loans beyond the limitations of the SBA. 15 U.S.C. §§ 632, 636.

51. Only a "small business concern," which is defined as a business with 500 or fewer employees or that satisfies the relevant employee-based or revenue-based size standard for the industry in which the business operates, is eligible for a PPP loan. To determine size, a business must apply the affiliation rules under 13 C.F.R. § 121.301(f), which require aggregating the employees and revenue of related companies.

52. According to the SBA, business "concerns and entities are affiliates of each other when one controls or has the power to control the other, or a third party or parties controls or has the power to control both."

53. There are four tests for affiliation: based on control; based on ownership arising under stock options, convertible securities, and agreements to merge; based on management; and based on identity of interest.

54. For affiliation based on ownership, "a concern is an affiliate of an individual, concern, or entity that owns or has the power to control more than 50 percent of the concern's voting equity. If no individual, concern, or entity is found to control, SBA will deem the Board of Directors or President or Chief Executive Officer (CEO) (or other officers, managing members, or partners who control the management of the concern) to be in control of the concern. SBA will deem a minority shareholder to be in control, if that individual or entity has

the ability, under the concern's charter, by-laws, or shareholder's agreement, to prevent a quorum or otherwise block action by the board of directors or shareholders."

55. For affiliation based on management, affiliation "arises where the CEO or President of the applicant concern (or other officers, managing members, or partners who control the management of the concern) also controls the management of one or more other concerns. Affiliation also arises where a single individual, concern, or entity that controls the Board of Directors or management of one concern also controls the Board of Directors or management of one of more other concerns. Affiliation also arises where a single individual, concern or entity controls the management of the applicant concern through a management agreement."

56. The term "employee" as used by the CARES Act includes individuals employed on a full-time, part-time, or other basis. 15 U.S.C. § 636.

57. The size of a business concern is determined under the SBA's size standards as they apply to the "concern whose size is at issue and all of its domestic and foreign affiliates." 13 C.F.R. § 121.301(f)(3).

58. 13 CFR § 121.201 identifies industry specific size standards.

59. NAICS code 623311 refers to businesses that self-identify as Continuing Care Retirement Communities.

60. Businesses that self-identify as NAICS code 623311 may meet an industry specific size standard based on revenue to be eligible for a PPP loan. When Frontier's PPP Applicants applied for PPP loans, they had to have less than $30 million in revenue to qualify for a PPP loan. 13 CFR § 121.201 (effective Nov. 20, 2019 to May 1, 2022).

61. In general, the maximum amount borrowers could borrow was calculated by aggregating payroll costs from the previous year, with annual employee salaries capped at

$100,000. The borrower then calculated the average monthly payroll cost and multiplied that amount by a factor of 2.5.

62. Each borrower certified on its PPP application that "[d]uring the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under the Paycheck Protection Program."

63. Borrowers "further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects."

64. Borrowers were then able to seek forgiveness of the loans if the funds were used for eligible payroll costs, payments on business mortgage interest payments, rent, or utilities during either the 8- or 24-week period after disbursement.

## II. The False Claims Act

65. The False Claims Act imposes liability on any person who knowingly presents or causes to be presented a false or fraudulent claim for payment or approval. 31 U.S.C. § 3729(a)(1)(A).

66. The False Claims Act imposes liability on any person who knowingly makes, uses, or causes to be made or used a false record or statement material to a false or fraudulent claim. 31 U.S.C. § 3729(a)(1)(B).

67. The False Claims Act imposes liability for knowingly making, using, or causing to be made or used a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealing or knowingly and improperly avoiding or decreasing an obligation to pay or transmit money or property to the government. 31 U.S.C. § 3729(a)(1)(G).

68. The term "knowingly" as used in the False Claim Act means that a person, with respect to information: (i) has actual knowledge of the information; ii) acts in deliberate ignorance of the truth or falsity of the information; or (iii) acts in reckless disregard of the truth or falsity of the information. 31 U.S.C. § 3729(b). No proof of specific intent to defraud is required to show that a person acted knowingly under the False Claims Act. *Id.*

69. Any person who violates the False Claims Act is liable for civil penalties between $11,665 and $23,331 per false claim prior to November 2, 2015, as adjusted for inflation, plus three times the amount of damages that the Government sustains as a result of defendants' actions. 31 U.S.C. § 3729(a), 28 C.F.R. § 85.5.

**Frontier's PPP Applicants Defraud the United States**

70. Frontier's PPP Applicants were not eligible for PPP loans. They did not meet any of the tests for eligibility as set out by the relevant law, regulations, and guidance.

71. Defendants were all affiliated with each other along with Frontier's other senior living communities. The President of each of the senior living communities is Gregory Roderick. The Frontier Senior Living website identifies Roderick as the President and he controls each of Frontier's PPP Applicants either directly or indirectly as a manager, governor, or member.

72. As for the entities that are not themselves senior housing operators—GR LHC LLC and Roderick Family LLC—Roderick is a member of both. On information and belief, Roderick controls both.

73. Roderick was the organizer of GR LHC LLC, was its first registered agent, and signed most, if not all, of the documents for GR LHC LLC filed with the Oregon Secretary of State. The business activity of GR LHC LLC is identified as "Management, Operations And/Or Ownership Of Senior Retirement Communities."

74. Roderick was the organizer for the Roderick Family LLC, was its first registered agent, and signed most, if not all, of the documents for Roderick Family LLC filed with the Oregon Secretary of State. The business activity of Roderick Family LLC is identified as "Management, Operations And/Or Ownership Of Senior Retirement Communities."

75. Under the affiliation rules, defendants were affiliated with each other (and Frontier's other senior living communities that did not apply for PPP loans). Roderick controlled the management of all the defendants. Upon information and belief, Roderick also controlled Frontier's PPP Applicants based on ownership.

76. Frontier employed more than 500 employees. According to Frontier's PPP Applicants' applications to the SBA, they employed 1193 employees alone without accounting for Frontier's other employees.

| Borrower Name | Jobs Reported | Forgiveness Amount | Forgiveness Date |
|---|---|---|---|
| BAY POINTE AL MC GR LLC | 79 | $545,436 | 9/9/2021 |
| BAYSIDE TERRACE AL MC GR LLC | 51 | $302,870 | 9/7/2021 |
| BELLINGHAM AT ORCHARD MC GR LLC | 59 | $365,446 | 9/9/2021 |
| CEDAR VILLAGE AL MC GR LLC | 57 | $356,690 | 12/22/2021 |
| CITRUS HEIGHTS MEMORY CARE LLC | 41 | $278,436 | 10/6/2021 |
| CLEARWATER SPRINGS AL GR LLC | 56 | $289,046 | 9/10/2021 |
| EDMONDS LANDING AL GR LLC | 48 | $322,236 | 12/22/2021 |
| EL DORADO HILLS MEMORY CARE LLC | 40 | $289,430 | 10/6/2021 |
| FM OAK HILLS TYLER INVESTORS LLC | 54 | $240,432 | 9/29/2021 |
| FM SANTA ROSA INVESTORS LLC | 41 | $334,150 | 9/29/2021 |
| GR LHC LLC | 53 | $337,791 | 8/16/2021 |
| GREEN VALLEY MEMORY PARTNERS LLC | 37 | $233,566 | 9/29/2021 |
| NATOMAS SENIOR COMMUNITIES LLC | 73 | $447,627 | 9/10/2021 |
| NEWBERG MEMORY ASSOCIATES LLC | 39 | $308,201 | 9/10/2021 |
| OCEAN RIDGE AL GR LLC | 43 | $237,718 | 12/22/2021 |
| ORO VALLEY MEMORY ASSOCIATES LLC | 34 | $207,997 | 9/9/2021 |

| | | | |
|---|---|---|---|
| PELICAN POINTE AL MC GR LLC | 92 | $483,860 | 12/22/2021 |
| PHEASANT POINTE AL MC GR LLC | 53 | $313,254 | 12/22/2021 |
| PRINCETON VILLAGE AL GR LLC | 35 | $250,712 | 9/22/2021 |
| REDWOOD HEIGHTS AL GR LLC | 52 | $330,490 | 12/22/2021 |
| RODERICK FAMILY LLC | 1 | $21,352 | 8/4/2021 |
| SEVEN OAKS ASSISTED LIVING AND MEMORY CARE LLC | 81 | $477,326 | 9/29/2021 |
| THE TERRACE AT BEVERLY LAKE MC GR LLC | 37 | $315,547 | 9/24/2021 |
| TIGARD MEMORY ASSOCIATES LLC | 37 | $309,773 | 9/29/2021 |

77. Frontier's website at the time stated that they had 120 locations across 19 states and that they were "one of the largest senior housing operators in the United States."

78. The President's message, signed by Roderick, from that time states that "2020 is already showing signs to be our best year yet" for Frontier and its Affiliates.

79. Frontier's PPP Applicants had over 500 employees when they applied for the PPP loans.

80. Businesses self-identified what industry they operated in by including a North American Industry Classification System ("NAICS") code as a part of their application.

**Paycheck Protection Program**
**Borrower Application Form Revised March 18, 2021**

OMB Control No.: 3245-0407
Expiration Date: 9/30/2021

| **Check One:** ☐ Sole proprietor ☐ Partnership ☐ C-Corp ☐ S-Corp ☐ LLC ☐ Independent contractor ☐ Self-employed individual ☐ 501(c)(3) nonprofit ☐ 501(c)(6) organization ☐ 501(c)(19) veterans organization ☐ Other 501(c) organization ☐ Housing cooperative ☐ Tribal business ☐ Other | **DBA or Tradename (if applicable)** | **Year of Establishment (if applicable)** |
|---|---|---|
| **Business Legal Name** | **NAICS Code** | **Applicant (including affiliates, if applicable) Meets Size Standard** (check one): |
| | | ☐ No more than 500 employees (or 300 employees, if applicable) unless "per location" exception applies ☐ SBA industry size standards ☐ SBA alternative size standard |

81. The SBA used the NAICS code to determine the industry classification for a certain business.

82. In its PPP loan applications, defendants all used the 623311 NAICS code.

83. The 623311 NAICS code identified defendants as Continuing Care Retirement Communities.

84. At the time of their applications, the SBA industry size standard specific to Continuing Care Retirement Communities required that they have less than $30 million in revenue per year.

85. Frontier had much more than $30 million in revenue per year.

86. A 2019 LexisNexis Corporate Affiliations report estimated Frontier had $88.2 million in annual revenue.

87. Continuing Care Retirement Communities and other Assisted Living and Memory Care facilities receive payments from private payers and from Medicaid. Frontier facilities in Oregon received $17,392,878.01 in Medicaid payments in 2019, and $20,459,367.18 in Medicaid payments in 2020.

88. A survey of Community Based Care facilities in Oregon found 46% of residents were primarily paying using Medicaid, and 53% were primarily paying using private funds.

89. On information and belief, Frontier's gross revenue in Oregon alone is estimated to be at least double the Medicaid payments: $40.9 million in 2020. Frontier's Oregon revenue alone would make them ineligible for a PPP loan based on the SBA industry size standard.

90. Frontier advertises over 100 communities on its website. Of these, only 19 (about 1 in 6) are in Oregon. Frontier's estimated revenue from Medicaid alone is six times the Oregon payments, over $100 million.

91. Frontier's PPP Applicants alone had over $30 million in revenue per year, based on disclosures to the SBA.

92. The PPP Borrower Application required applicants to make several certifications.

93. It required the following certification regarding eligibility:

**By Signing Below, You Make the Following Representations, Authorizations, and Certifications**

I certify that:

- I have read the statements included in this form, including the Statements Required by Law and Executive Orders, and I understand them.
- The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) and the Department of the Treasury (Treasury) implementing the Paycheck Protection Program under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) and the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act (the Paycheck Protection Program Rules).
- The Applicant, together with its affiliates (if applicable), (1) is an independent contractor, self-employed individual, or sole proprietor with no employees; (2) if not a housing cooperative, eligible 501(c)(6) organization, or eligible destination marketing organization, employs no more than the greater of 500 employees or, if applicable, the size standard in number of employees established by SBA in 13 C.F.R. 121.201 for the Applicant's industry; (3) if a housing cooperative, eligible 501(c)(6) organization, or eligible destination marketing organization, employs no more than 300 employees; (4) if NAICS 72, employs no more than 500 employees per physical location; (5) if a news organization that is majority owned or controlled by a NAICS code 511110 or 5151 business or a nonprofit public broadcasting entity with a trade or business under NAICS code 511110 or 5151, employs no more than 500 employees (or, if applicable, the size standard in number of employees established by SBA in 13 C.F.R. 121.201 for the Applicant's industry) per location; or (6) is a small business under the applicable revenue-based size standard established by SBA in 13 C.F.R. 121.201 for the Applicant's industry or under the SBA alternative size standard.
- I will comply, whenever applicable, with the civil rights and other limitations in this form.
- All loan proceeds will be used only for business-related purposes as specified in the loan application and consistent with the Paycheck Protection Program Rules including the prohibition on using loan proceeds for lobbying activities and expenditures. If Applicant is a news organization that became eligible for a loan under Section 317 of the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act, proceeds of the loan will be used to support expenses at the component of the business concern that produces or distributes locally focused or emergency information.
- I understand that SBA encourages the purchase, to the extent feasible, of American-made equipment and products.
- The Applicant is not engaged in any activity that is illegal under federal, state or local law.
- Any EIDL loan received by the Applicant (Section 7(b)(2) of the Small Business Act) between January 31, 2020 and April 3, 2020 was for a purpose other than paying payroll costs and other allowable uses for loans under the Paycheck Protection Program Rules.

94. Defendants did not meet any other criteria for eligibility and there were no applicable exceptions for Frontier's PPP Applicants.

95. Defendants fraudulently certified and attested that they were eligible for a PPP loan when they were not. Defendants made false statements material to the PPP lending and forgiveness decisions.

96. A lender would not have funded or forgiven a PPP loan for defendants had they been aware of either of these facts.

## CLAIM 1

97. Relator hereby incorporates and realleges all other paragraphs as if fully set forth herein.

98. Defendants knowingly presented or caused to be presented false or fraudulent claims for payment or approval, in violation of 31 U.S.C. § 3729(a)(1)(A).

99. Frontier and its affiliates had to meet the SBA's industry size standard to qualify for a PPP loan.

100. Defendants certified that it met the industry size standard in its PPP loan application.

101. In reality, defendants did not meet the SBA's industry size standard.

102. Defendant falsely and fraudulently certified that it had met the SBA's industry size standard.

103. The Borrower Application Form also required applicants to certify that "[c]urrent economic uncertainty makes this loan request necessary to support the ongoing operations of the Applicant." Each of Frontier's PPP Applicants did so, but on information and belief, this certification was false.

104. Defendants knowingly made, used, or caused to be made or used, false records or statements material to numerous false claims, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B).

105. As set forth above, defendants knowingly conspired to commit a violation of the False Claims Act, in violation of 31 U.S.C. § 3729(a)(1)(C).

106. Defendants knowingly made, used, or caused to be made or used a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(G).

107. Due to defendant's conduct, the United States has suffered substantial monetary damages and is entitled to recover treble damages and a civil penalty for each false claim, record, or statement. 31 U.S.C. § 3729.

108. Relator is entitled to reasonable attorneys' fees, costs, and expenses. 31 U.S.C. § 3730(d)(1).

**PRAYER**

109. WHEREFORE, Relator prays for judgment against defendants: (a) awarding the United States treble damages sustained by it for each of the false claims; (b) awarding the United States a maximum civil penalty for each of the false claims and statements; (c) awarding Relator the maximum relator's share of the proceeds of this action and any alternate remedy or the settlement of any such claim; (d) awarding Relator litigation costs and reasonable attorneys' fees and expenses; and (e) granting such other relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

110. Plaintiff requests a jury trial on all issues so triable.

DATED: May 8, 2024.

/s/ Terry A. Saad
Terry A. Saad
Texas Bar No. 24066015
E-mail: tsaad@bosfirm.com
Daniel F. Olejko
Texas Bar No. 24108897
**BRAGALONE OLEJKO SAAD PC**
901 Main Street
Suite 3800
Dallas, Texas 75202
Telephone: (214) 785-6670
Facsimile: (214) 785-6680

Vivek Kothari (*pro hac pending*)
Oregon Bar Number: 182089
Email: VivekKothari@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Fax: (503) 323-9105

**ATTORNEYS FOR PLAINTIFF**

2126598