IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA *ex rel.* DANIEL MORRIS RESEARCH, LLC,

*Plaintiffs,*

v.

FRONTIER SENIOR LIVING, LLC, *et al.*,

*Defendants.*

Civil Action No. 3:24-CV-01106-X

FILED IN SEALED CASE

**ORDER**

The Relator Daniel Morris Research, LLC, having file a Notice of Voluntary Dismissal Without Prejudice and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

**IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** as to Relator Daniel Morris Research, LLC, and as to the United States; and

2. The seal shall be lifted upon Relator's Complaint filed on or about May 8, 2024 (Doc. 1), Relator's Notice of Voluntary Dismissal Without Prejudice (Doc. 18), the United States' Notice of Consent to Dismissal (Doc. 19), this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon defendants pursuant to Local Rule 79.4 or otherwise.

**IT IS SO ORDERED** this 4th day of March, 2025.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE